Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch. McAvoy and Sherman, JJ.

LOUIS HELLER v. SIPKIN-GORSCHEN & CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ,

In the Matter of the Application of PYRAMID SILKS CORPORATION, re JACOB SEVILLE and MAX JONAS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LAURA M. LEVI v. EDWARD LEVI.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of WINFIELD BONYNGE, as Executor, etc., of LILLIAN DE C. GESNER, Deceased.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SPIROS G. ECONOMY v. S. B. & L. BUILDING CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GUISEPPE MARRARO v. THE LONG ISLAND RAILROAD COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ALBERT HAUPTMAN v. CHARLES SCHRANK & CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

AUGUST H. MILLER v. UNITED STATES CASUALTY COMPANY.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

STANLEY C. EATON v. SEYMOUR I. DANZIGER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE 915 BROADWAY CORPORATION v. ABE SCHEIER and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JESUS BENNETT v. JANET TAXI CORPORATION and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISAAC M. FLEISCHMAN v. GUS K. WORMS and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ETHEL EMMERICH v. HERBERT B. NEWMAN and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DOUGLAS MILNE v. MARK HENRY SCHNEIDER.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THOMAS F. BEHAN, Acting Superintendent of Insurance of the State of New York, as Liquidator of CAPITAL CITY SURETY COMPANY, v. CHARLES HEYMANN.—